IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASSAN AMEER SMARTT,

     Plaintiff,                    No. CIV S-07-1428 FCD EFB P

    vs.

JEFFREY ROHLFING, et al.,

     Defendants.             <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel *in forma pauperis* in an action against prison officials for alleged civil rights violations. *See* 28 U.S.C. § 1915(a). The case was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  No initial payment has been assessed.  However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

1     The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*
2 *pauperis* application upon the Director of the California Department of Corrections and
3 Rehabilitation and deliver a copy of this order to the Clerk's financial division.
4     So ordered.
5 Dated: April 8, 2008.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE