IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASSAN AMEER SMARTT,

        Plaintiff,                    No. CIV S-07-1428 FCD EFB P

        vs.

JEFFREY ROHLFING, et al.,

        Defendants.               ORDER

                                  /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has requested a second extension of time to file and serve an amended complaint. *See* Fed. R. Civ. P. 6(b). He asserts that in order to identify various defendants by name, as the court has directed, he requires time to obtain his prison medical files.

       Plaintiff's March 3, 2009, request is granted and plaintiff has 60 days from the date this order is served to file and serve an amended complaint.

       So ordered.

DATED: March 9, 2009.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE