IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASSAN AMEER SMARTT,

    Plaintiff,        No. CIV S-07-1428 FCD EFB P

  vs.

JEFFREY ROHLFING, et al.,

    Defendants.      ORDER
_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 6, 2009, plaintiff filed a request for production of documents.

    Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

    The court gives no consideration to plaintiff's April 6, 2009, request for production of documents, and the Clerk of the Court shall make a notation on the docket to that effect.

    So ordered.

Dated: April 14, 2009.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE