IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASSAN AMEER SMARTT,

     Plaintiff,                      No. Civ. S-07-1428 FCD EFB P

     vs.

JEFFREY ROHFLING, et al.,

     Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 11, 2008, the court dismissed plaintiff's amended complaint for failure to identify by name any defendant against whom he had stated a colorable claim. The dismissal order explained the complaint's deficiencies, gave plaintiff 40 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed without prejudice.

     Despite being granted two extensions of time, plaintiff has not timely filed an amended complaint or otherwise responded to the court's order.

     Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.

////

1  These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 15 days after
3  being served with these findings and recommendations, any party may file written objections
4  with the court and serve a copy on all parties.  Such a document should be captioned "Objections
5  to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
6  specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
7  F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8  Dated: June 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE